In the Matter of the TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

In the Matter of HENRY A. WAHN, JR., Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.